# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-21821-CMB |
| | : | |
| Amy L. Moore, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

### PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

July 19, 2022

August 2, 2022

August 16, 2022

August 30, 2022

September 13, 2022

**Next Payment Advice Expected (post-filing):**

September 27, 2022

K.D.

# MOORE, AMY

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-21821-CMB |
| | : | |
| Amy L. Moore, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| Amy L. Moore, | : | |
| Movant | : | |

### VERIFICATION REGARDING PROOF OF INCOME

I, Amy L. Moore, hereby state as follows:

1.) I am employed by The Washington Hospital where I bring home an average of $2,715.57 per month.
2.) I live with my husband who brings home an average of $2,773.33 per month.
3.) I was required to file 2020 - 2021 tax returns; therefore I have submitted the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: October 12, 2022            /s/ Amy L. Moore
                                                     Debtor

# WASHINGTON HEALTH SYSTEM

Washington Hospital
155 Wilson Avenue
Washington, PA 15301

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/27/2022 |
| Period End Date | 07/10/2022 |
| Pay Date | 07/19/2022 |
| Document | 252258 |
| **Net Pay** | **$870.51** |

## Pay Details

**Amy Lynn Moore**
112 East Finley Drive
Claysville, PA 15323
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 001137 | Pay Group | Washington |
| SSN | XXX-XX-XXXX | Location | SStrab |
| Job | Accounts Payable Clerk | Prime | 810 - Wage / Salary |
| Base Pay Rate | $21.9300 | Sub | 150 - Secretary / Clerical |
| Job Premium Rate | $0.0000 | Cost Center | 8211 - Finance |
| Pay Frequency | Biweekly | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | 0.0000 | $0.0000 | $0.00 | $600.00 |
| Holiday | 8.0000 | $0.0000 | $175.44 | $850.32 |
| Overtime 0.5 | 0.0000 | $0.0000 | $0.00 | $15.83 |
| Overtime 1.0 | 0.0000 | $0.0000 | $0.00 | $31.62 |
| Personal Time | 0.0000 | $0.0000 | $0.00 | $395.42 |
| Regular Pay | 72.0000 | $0.0000 | $1,578.96 | $22,257.73 |
| Sick Call Off | 0.0000 | $0.0000 | $0.00 | $168.72 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $1,703.01 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403 Dir Ctchup | Yes | $25.00 | $375.00 | $0.00 | $0.00 |
| Dental Ins | Yes | $8.32 | $124.80 | $24.91 | $373.65 |
| Hospital Bills | No | $25.00 | $375.00 | $0.00 | $0.00 |
| Meal Deduction | No | $5.98 | $67.75 | $0.00 | $0.00 |
| Medical HMO | Yes | $207.80 | $3,117.00 | $623.41 | $9,351.15 |
| Parking Fee | Yes | $16.15 | $242.25 | $0.00 | $0.00 |
| Tax Levy | No | $0.00 | $97.00 | $0.00 | $0.00 |
| TSA Loan | No | $261.10 | $3,916.50 | $0.00 | $0.00 |
| Vision Ins | Yes | $1.02 | $15.30 | $3.06 | $45.90 |
| LTD FTE W | No | $0.00 | $0.00 | $4.07 | $61.05 |
| Short Term FTE | No | $0.00 | $0.00 | $5.54 | $83.10 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $151.55 | $2,291.33 |
| Employee Medicare | $22.06 | $326.59 |
| Social Security Employee Tax | $94.30 | $1,396.44 |
| PA State Income Tax | $47.19 | $698.88 |
| S STRABANE | $15.37 | $227.65 |
| S STRABANE TWP | $1.81 | $27.15 |
| TRINITY SD-S STRABANE TWP | $0.19 | $2.85 |
| PA Unemployment Employee | $1.05 | $15.60 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0921 | Checking | $870.51 |
| Total | | $870.51 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,754.40 | $1,496.11 | $333.52 | $550.37 | $870.51 |
| YTD | $26,022.65 | $22,148.30 | $4,986.49 | $8,330.60 | $12,705.56 |

vsn 20181015

**WASHINGTON HEALTH SYSTEM**

Washington Hospital
155 Wilson Avenue
Washington, PA 15301

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/11/2022 |
| Period End Date | 07/24/2022 |
| Pay Date | 08/02/2022 |
| Document | 253687 |
| **Net Pay** | **$964.28** |

## Pay Details

Amy Lynn Moore
112 East Finley Drive
Claysville, PA 15323
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 001137 | Pay Group | Washington | |
| SSN | XXX-XX-XXXX | Location | SStrab | |
| Job | Lead Accts Payable Clerk | Prime | 810 - Wage / Salary | |
| Base Pay Rate | $21.9300 | Sub | 150 - Secretary / Clerical | |
| Job Premium Rate | $1.4400 | Cost Center | 8211 - Finance | |
| Pay Frequency | Biweekly | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | 0.0000 | $0.0000 | $0.00 | $600.00 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $850.32 |
| Overtime 0.5 | 0.0000 | $0.0000 | $0.00 | $15.83 |
| Overtime 1.0 | 0.0000 | $0.0000 | $0.00 | $31.62 |
| Personal Time | 0.0000 | $0.0000 | $0.00 | $395.42 |
| Regular Pay | 71.0000 | $0.0000 | $1,659.27 | $23,917.00 |
| Sick Call Off | 0.0000 | $0.0000 | $0.00 | $168.72 |
| Vacation | 9.0000 | $0.0000 | $210.33 | $1,913.34 |

Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403 Dlr Ctchup | Yes | $25.00 | $400.00 | $0.00 | $0.00 |
| Dental Ins | Yes | $8.32 | $133.12 | $24.91 | $398.56 |
| Hospital Bills | No | $25.00 | $400.00 | $0.00 | $0.00 |
| Meal Deduction | No | $0.00 | $67.75 | $0.00 | $0.00 |
| Medical HMO | Yes | $207.80 | $3,324.80 | $623.41 | $9,974.56 |
| Parking Fee | Yes | $16.15 | $258.40 | $0.00 | $0.00 |
| Tax Levy | No | $0.00 | $97.00 | $0.00 | $0.00 |
| TSA Loan | No | $261.10 | $4,177.60 | $0.00 | $0.00 |
| Vision Ins | Yes | $1.02 | $16.32 | $3.06 | $48.96 |
| LTD FTE W | No | $0.00 | $0.00 | $4.07 | $65.12 |
| Short Term FTE | No | $0.00 | $0.00 | $5.54 | $88.64 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $165.38 | $2,456.71 |
| Employee Medicare | $23.72 | $350.31 |
| Social Security Employee Tax | $101.46 | $1,497.90 |
| PA State Income Tax | $50.73 | $749.61 |
| S STRABANE | $16.52 | $244.17 |
| S STRABANE TWP | $1.81 | $28.96 |
| TRINITY SD-S STRABANE TWP | $0.19 | $3.04 |
| PA Unemployment Employee | $1.12 | $16.72 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0921 | Checking | $964.28 |
| Total | | $964.28 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,869.60 | $1,611.31 | $360.93 | $544.39 | $964.28 |
| YTD | $27,892.25 | $23,759.61 | $5,347.42 | $8,874.99 | $13,669.84 |

vsn 20181019

## WASHINGTON HEALTH SYSTEM

Washington Hospital
155 Wilson Avenue
Washington, PA 15301

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/25/2022 |
| Period End Date | 08/07/2022 |
| Pay Date | 08/16/2022 |
| Document | 255117 |
| **Net Pay** | **$984.31** |

## Pay Details

Amy Lynn Moore
112 East Finley Drive
Claysville, PA 15323
USA

| | |
|---|---|
| Employee Number | 001137 |
| SSN | XXX-XX-XXXX |
| Job | Lead Accts Payable Clerk |
| Base Pay Rate | $21.9300 |
| Job Premium Rate | $1.4400 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Washington |
| Location | SStrab |
| Prime | 810 - Wage / Salary |
| Sub | 150 - Secretary / Clerical |
| Cost Center | 8211 - Finance |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | 0.0000 | $0.0000 | $0.00 | $600.00 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $850.32 |
| Overtime 0.5 | 0.7500 | $0.0000 | $8.76 | $24.59 |
| Overtime 1.0 | 0.7500 | $0.0000 | $17.53 | $49.15 |
| Personal Time | 0.0000 | $0.0000 | $0.00 | $395.42 |
| Regular Pay | 72.0000 | $0.0000 | $1,682.64 | $25,599.64 |
| Sick Call Off | 0.0000 | $0.0000 | $0.00 | $168.72 |
| Vacation | 8.0000 | $0.0000 | $186.96 | $2,100.30 |

Total Hours 80.7500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403 Dir Ctchup | Yes | $25.00 | $425.00 | $0.00 | $0.00 |
| Dental Ins | Yes | $8.32 | $141.44 | $24.91 | $423.47 |
| Hospital Bills | No | $25.00 | $425.00 | $0.00 | $0.00 |
| Meal Deduction | No | $0.00 | $67.75 | $0.00 | $0.00 |
| Medical HMO | Yes | $207.80 | $3,532.60 | $623.41 | $10,597.97 |
| Parking Fee | Yes | $16.15 | $274.55 | $0.00 | $0.00 |
| Tax Levy | No | $0.00 | $97.00 | $0.00 | $0.00 |
| TSA Loan | No | $261.10 | $4,438.70 | $0.00 | $0.00 |
| Vision Ins | Yes | $1.02 | $17.34 | $3.06 | $52.02 |
| LTD FTE W | No | $0.00 | $0.00 | $4.07 | $69.19 |
| Short Term FTE | No | $0.00 | $0.00 | $5.54 | $94.18 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $168.53 | $2,625.24 |
| Employee Medicare | $24.11 | $374.42 |
| Social Security Employee Tax | $103.08 | $1,600.98 |
| PA State Income Tax | $51.54 | $801.15 |
| S STRABANE | $16.79 | $260.96 |
| S STRABANE TWP | $1.81 | $30.77 |
| TRINITY SD-S STRABANE TWP | $0.19 | $3.23 |
| PA Unemployment Employee | $1.14 | $17.86 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0921 | Checking | $984.31 |
| Total | | $984.31 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,895.89 | $1,537.60 | $367.19 | $544.39 | $984.31 |
| YTD | $29,788.14 | $25,397.21 | $5,714.61 | $9,419.38 | $14,654.15 |

vsn 20181019

# WASHINGTON HEALTH SYSTEM

Washington Hospital
155 Wilson Avenue
Washington, PA 15301

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/08/2022 |
| Period End Date | 08/21/2022 |
| Pay Date | 08/30/2022 |
| Document | 256560 |
| **Net Pay** | **$964.28** |

## Pay Details

Amy Lynn Moore
112 East Finley Drive
Claysville, PA 15323
USA

| | | | | |
|---|---|---|---|
| Employee Number | 001137 | Pay Group | Washington |
| SSN | XXX-XX-XXXX | Location | SStrab |
| Job | Lead Accts Payable Clerk | Prime | 810 - Wage / Salary |
| Base Pay Rate | $21.9300 | Sub | 150 - Secretary / Clerical |
| Job Premium Rate | $1.4400 | Cost Center | 8211 - Finance |
| Pay Frequency | Biweekly | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | 0.0000 | $0.0000 | $0.00 | $600.00 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $850.32 |
| Overtime 0.5 | 0.0000 | $0.0000 | $0.00 | $24.59 |
| Overtime 1.0 | 0.0000 | $0.0000 | $0.00 | $49.15 |
| Personal Time | 1.5000 | $0.0000 | $35.06 | $430.48 |
| Regular Pay | 78.5000 | $0.0000 | $1,834.54 | $27,434.18 |
| Sick Call Off | 0.0000 | $0.0000 | $0.00 | $168.72 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $2,100.30 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403 Dlr Ctchup | Yes | $25.00 | $450.00 | $0.00 | $0.00 |
| Dental Ins | Yes | $8.32 | $149.76 | $24.91 | $448.38 |
| Hospital Bills | No | $25.00 | $450.00 | $0.00 | $0.00 |
| Meal Deduction | No | $0.00 | $67.75 | $0.00 | $0.00 |
| Medical HMO | Yes | $207.80 | $3,740.40 | $623.41 | $11,221.38 |
| Parking Fee | Yes | $16.15 | $290.70 | $0.00 | $0.00 |
| Tax Levy | No | $0.00 | $97.00 | $0.00 | $0.00 |
| TSA Loan | No | $261.10 | $4,699.80 | $0.00 | $0.00 |
| Vision Ins | Yes | $1.02 | $18.36 | $3.06 | $55.08 |
| LTD FTE W | No | $0.00 | $0.00 | $4.07 | $73.26 |
| Short Term FTE | No | $0.00 | $0.00 | $5.54 | $99.72 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $165.38 | $2,790.62 |
| Employee Medicare | $23.73 | $398.15 |
| Social Security Employee Tax | $101.45 | $1,702.43 |
| PA State Income Tax | $50.73 | $851.88 |
| S STRABANE | $16.52 | $277.48 |
| S STRABANE TWP | $1.81 | $32.58 |
| TRINITY SD-S STRABANE TWP | $0.19 | $3.42 |
| PA Unemployment Employee | $1.12 | $18.98 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0921 | Checking | $964.28 |
| Total | | $964.28 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,869.60 | $1,611.31 | $360.93 | $544.39 | $964.28 |
| YTD | $31,657.74 | $27,008.52 | $6,075.54 | $9,963.77 | $15,618.43 |

vsn 20181019

**WASHINGTON HEALTH SYSTEM**

Washington Hospital
155 Wilson Avenue
Washington, PA 15301

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/22/2022 |
| Period End Date | 09/04/2022 |
| Pay Date | 09/13/2022 |
| Document | 258038 |
| **Net Pay** | **$1,046.83** |

## Pay Details

**Amy Lynn Moore**
112 East Finley Drive
Claysville, PA 15323
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 001137 | Pay Group | Washington |
| SSN | XXX-XX-XXXX | Location | SStrab |
| Job | Lead Accts Payable Clerk | Prime | B10 - Wage / Salary |
| Base Pay Rate | $21.9300 | Sub | 150 - Secretary / Clerical |
| Job Premium Rate | $1.4400 | Cost Center | 8211 - Finance |
| Pay Frequency | Biweekly | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Achievement Pay | | | $108.33 | $108.33 |
| Bonus | 0.0000 | $0.0000 | $0.00 | $600.00 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $850.32 |
| Overtime 0.5 | 0.0000 | $0.0000 | $0.00 | $24.59 |
| Overtime 1.0 | 0.0000 | $0.0000 | $0.00 | $49.15 |
| Personal Time | 0.0000 | $0.0000 | $0.00 | $430.48 |
| Regular Pay | 80.0000 | $0.0000 | $1,869.60 | $29,303.78 |
| Sick Call Off | 0.0000 | $0.0000 | $0.00 | $168.72 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $2,100.30 |

Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403 Dlr Ctchup | Yes | $25.00 | $475.00 | $0.00 | $0.00 |
| Dental Ins | Yes | $8.32 | $158.08 | $24.91 | $473.29 |
| Hospital Bills | No | $25.00 | $475.00 | $0.00 | $0.00 |
| Meal Deduction | No | $0.00 | $67.75 | $0.00 | $0.00 |
| Medical HMO | Yes | $207.80 | $3,948.20 | $623.41 | $11,844.79 |
| Parking Fee | Yes | $16.15 | $306.85 | $0.00 | $0.00 |
| Tax Levy | No | $0.00 | $97.00 | $0.00 | $0.00 |
| TSA Loan | No | $261.10 | $4,960.90 | $0.00 | $0.00 |
| Vision Ins | Yes | $1.02 | $19.38 | $3.06 | $58.14 |
| LTD FTE W | No | $0.00 | $0.00 | $4.07 | $77.33 |
| Short Term FTE | No | $0.00 | $0.00 | $5.54 | $105.26 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $178.38 | $2,969.00 |
| Employee Medicare | $25.30 | $423.45 |
| Social Security Employee Tax | $108.17 | $1,810.60 |
| PA State Income Tax | $54.06 | $905.94 |
| S STRABANE | $17.61 | $295.09 |
| S STRABANE TWP | $1.81 | $34.39 |
| TRINITY SD-S STRABANE TWP | $0.19 | $3.61 |
| PA Unemployment Employee | $1.19 | $20.17 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0921 | Checking | $1,046.83 |
| Total | | $1,046.83 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,977.93 | $1,719.64 | $386.71 | $544.39 | $1,046.83 |
| YTD | $33,635.67 | $28,728.16 | $6,462.25 | $10,508.16 | $16,665.26 |

vsn 20181019