# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-21821-CMB |
|     Amy L. Moore, | : | Chapter 13 |
|         Debtor | : | |
| | : | Related to Document No. 39 |
|     Amy L. Moore, | : | |
|         Movant | : | |
| | : | |
|             v. | : | |
| | : | |
|     M & T Bank, | : | |
| | : | |
|            AND | : | |
| | : | |
|     Ronda J. Winnecour/Esquire | : | |
|     Chapter 13 Trustee, | : | |
|         Respondents | : | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Loss Mitigation Order** by Electronic-Mail and/or US Mail on the parties below.

Executed on: **January 7, 2023**

*By: /s/ Kathryn M. Schwartz*
Kathryn M. Schwartz,
PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

---

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Amy L. Moore
112 East Finley Drive
Claysville, PA 15323
*Service via US Mail*

M & T Bank
PO Box 840
Buffalo, NY 14240-0840
*Service via CM/ECF*

KML Law Group
Brian Nicholas, Esquire
701 Market Street – Suite 5000
Philadelphia, PA 19106
*Service via US Mail*