# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-21821-CMB |
|     Amy L. Moore, | : | |
|         Debtor | : | Chapter 13 |
| | : | |
|     Amy L. Moore, | : | Related to Document No. 37 |
|         Movant | : | |
| | : | |
|           v. | : | |
| | : | |
|     M & T Bank, | : | |
| | : | |
|         AND | : | |
| | : | |
|     Ronda J. Winnecour/Esquire | : | |
|     Chapter 13 Trustee, | : | |
|         Respondents | : | |

## AMENDED NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO AUTHORIZE LOAN MODIFICATION

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **August 5, 2023** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

### You should take this to your lawyer at once.

A Zoom Video Conference Hearing will be held on August 24, 2023 at 1:30 P.M. before Judge Carlota M. Bohm via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191 For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements.

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date: July 19, 2023

Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

       I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion to Authorize Loan Modification, Modification Summary and Amended Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **July 19, 2023**                          *By: /s/ Kathryn Schwartz*
                                                   Kathryn Schwartz, PARALEGAL
                                                   FOSTER LAW OFFICES
                                                   1210 Park Avenue
                                                   Meadville, PA 16335
                                                   Tel 814.724.1165
                                                   Fax 814.724.1158

**MATRIX**

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Amy L. Moore
112 East Finley Drive
Claysville, PA 15323
*Service via US Mail*

M & T Bank
PO Box 840
Buffalo, NY 14240-0840
*Service via US Mail*

KML Law Group
Brian Nicholas, Esquire
701 Market Street – Suite 5000
Philadelphia, PA 19106
*Service via US Mail*