# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-21821-CMB |
|    Amy L. Moore, | : | |
|         Debtor | : | Chapter 13 |
| | : | |
| Amy L. Moore, | : | Related to Document No. 65 |
|         Movant | : | |
| | : | |
|                 v. | : | |
| | : | |
| M & T Bank, | : | |
| | : | |
|              AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|         Respondents | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Order** by Electronic-Mail and/or US Mail on the parties below.

Executed on: **August 17, 2023**               *By: /s/ Kathryn M. Schwartz*
                                                                      Kathryn M. Schwartz,
                                                                      PARALEGAL
                                                                      FOSTER LAW OFFICES, LLC
                                                                      1210 Park Avenue
                                                                      Meadville, PA 16335
                                                                      Tel 814.724.1165
                                                                      Fax 814.724.1158

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Amy L. Moore
112 East Finley Drive
Claysville, PA 15323
*Service via US Mail*

M & T Bank
PO Box 840
Buffalo, NY 14240-0840
*Service via US Mail*

KML Law Group
Brian Nicholas, Esquire
701 Market Street – Suite 5000
Philadelphia, PA 19106
*Service via US Mail*

*Uploaded to DMM Portal*