## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-21821-CMB |
| Amy L. Moore, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Amy L. Moore, | : | Related to Document No. 37 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| M & T Bank, | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

### ORDER

*AND NOW*, this __15th__ day of _____August_____, *2023*, it is hereby ***ORDERED*** that:

(1)     The Modification Agreement between **Amy L. Moore, Donald L. Beatty, Stanley R. Moore AND M&T Bank** is approved;

(2)     The terms of the loan shall be as follows:

|   |   |   |
|---|---|---|
| a. | Due Date: | 1st of each month; |
| b. | New Monthly Payment: | $883.79 + $440.39 (Escrow) = $1324.18; |
| c. | Interest Rate: | 4.875%; |
| d. | Loan Term: | 11 Years + 3 Months; |
| e. | Maturity Date: | October 1, 2044; |
| f. | Principal Balance: | $170,221.99 (approximately) |
| g. | Deferred Payment: | $24,852.68* |

  *Partial Claim Mortgage due in full on November 1, 2048.

(3)     ***Within fourteen (14) days*** from the date of this Order the Debtors shall incorporate the terms of the modified loan terms by the filing of an Amended Chapter 13 Plan;

BY THE COURT:

*Carlota M. Böhm*

dmk

Carlota M. Bohm, Judge
United States Bankruptcy Court

FILED
8/15/23 1:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 22-21821-CMB

Amy L. Moore                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: auto                                Page 1 of 1
Date Rcvd: Aug 15, 2023                 Form ID: pdf900                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

**Recip ID               Recipient Name and Address**
db               +  Amy L. Moore, 112 East Finley Drive, Claysville, PA 15323-1399

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 17, 2023                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2023 at the address(es) listed below:**

**Name                    Email Address**

Brian Nicholas
                        on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com

Daniel P. Foster
                        on behalf of Debtor Amy L. Moore dan@mrdebtbuster.com
                        katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

TOTAL: 4