# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNYSYLVANIA

| | | |
|---|---|---|
| In Re: | : | CASE NO. 22-21821-CMB |
| | : | |
| **Amy L. Moore,** | : | CHAPTER 13 |
|        Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| **Amy L. Moore,** | : | |
|        Movant, | : | RELATED TO DOCKET NO.: 92 |
| | : | |
| vs. | : | |
| | : | |
| **Washington Hospital,** | : | |
| | : | |
|        and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|        Chapter 13 Trustee. | : | |
|        Respondents. | : | |
| | : | |
| **Social Security No. xxx-xx-9225** | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: <u>February 6, 2026</u> | By: /s/ Caitlyn A. Campbell |
| | Caitlyn A. Campbell, PARALEGAL |
| | FOSTER LAW OFFICES |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

---

*Parties served by the court electronically were not served by regular mail

## MATRIX

**WASHINGTON HOSPITAL**
**155 WILSON AVENUE**
**WASHINGTON, PA 15301**