IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Amy L. Moore

Case No. 22-21821-CMB

Chapter 13

Debtor(s).

Related to Doc. Nos. 83 & 90

_____

## STIPULATED ORDER MODIFYING PLAN

WHEREAS, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐  a motion to dismiss case or certificate of default requesting dismissal

x  a plan modification sought by:   The Trustee to address plan funding deficiency

☐  a motion to lift stay
as to creditor_____

☐  Other:    _____

WHEREAS, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

IT IS HEREBY ORDERED that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
x Amended Chapter 13 Plan dated January 4, 2026

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

x  Debtor(s) Plan payments shall be changed from $1,500.00 to $1,957.00 per month, effective March 2026; and/or the Plan term shall be changed from ___ months to ____ months.

[04/22]                                                 -1-

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☐ Other: _____

IT IS FURTHER ORDERED that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

IT IS FURTHER ORDERED that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

-3-

SO ORDERED, this ____ day of _____, 202__

Dated: _____                    _____
                                             United States Bankruptcy Judge

Stipulated by:                               Stipulated by:

/s/ Daniel P. Foster                         /s/ Owen W. Katz
Daniel P. Foster, PA I.D. 92376              Owen W. Katz, PA I.D. 36473
Attorney for Debtor                          Attorney for Chapter 13 Trustee
1210 Park Avenue                             US Steel Tower, Suite 3250
Meadville, PA  16355                         600 Grant Street
(814)724-1165                                Pittsburgh, PA  15219
dan@mrdebtbuster.com                         (412) 471-5566
                                             okatz@chapter13trusteewdpa.com


cc:   All Parties in Interest to be served by Clerk




*[Remainder of Page Intentionally Left Blank]*

[04/22]                                      -3-