**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 22-21821-CMB |
| | : | |
| Amy L. Moore, | : | CHAPTER 13 |
|       Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| Amy L. Moore, | : | |
|       Movant, | : | RELATED TO DOCKET NO.: 100 |
| | : | |
|       vs. | : | |
| | : | |
| Washington Hospital, | : | |
| | : | |
|       and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|       Chapter 13 Trustee. | : | |
|       Respondents. | : | |
| | : | |
| Social Security No. xxx-xx-9225 | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>March 18, 2026</u>

By: /s/ Caitlyn A. Campbell
Caitlyn A. Campbell, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

**MATRIX**

**WASHINGTON HOSPITAL
155 WILSON AVENUE
WASHINGTON, PA 15301**